UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER CARSON SMITH,

Plaintiff,

v.

CHAD E. MARKWELL,
MAGEN OAKS,
HEIDI WASHINGTON,
GRAND PRAIRIE HEALTHCARE SERVICES,
CONNIE D. LESTER,
MARGARET OUELLETTE,
PETER SICES, and
NATHAN MIKEL,

Defendants.
_______________________________________/

Case No. 2:23-cv-11067

District Judge Jonathan J.C. Grey
Magistrate Judge Anthony P. Patti

**ORDER REFLECTING SETTLEMENT WITH MDOC DEFENDANTS, DEEMING OR DENYING AS MOOT CERTAIN MOTIONS (ECF Nos. 109, 124), DENYING PLAINTIFF'S APRIL 28, 2026 MOTION TO STRIKE (ECF No. 117)**

Although Plaintiff initiated this lawsuit while he was in Michigan Department of Corrections (MDOC) custody, he has recently been paroled. On October 16, 2026, the Court conducted a remote pretrial status conference, at which Plaintiff appeared on his own behalf, Assistant Attorney General Ryanne E. Rea appeared on behalf of the Michigan Department of Corrections (MDOC) Defendants (*i.e.*, Markwell, Oaks, Washington, Lester, Mikel), and Attorney John

C. Cardello appeared on behalf of the Grand Prairie Healthcare Services (GPHS) Defendants (*i.e.*, GPHS, Ouellette, Sices).

**A. Settlement Reached with MDOC Defendants**

Following an impromptu settlement conference, the five MDOC Defendants and Plaintiff agreed to settle and placed their agreement on the record. AAG Rea will prepare and submit a stipulated order to dismiss the MDOC Defendants with prejudice. The stipulated order should be submitted via CM/ECF Utilities for Judge Grey's signature no later than **November 6, 2026**. As a result, the MDOC Defendants' motion for summary judgment (ECF No. 109) is **DEEMED MOOT** and Plaintiff's motion to strike the reply to Plaintiff's related response (ECF No. 124) is **DENIED AS MOOT**.

**B. Settlement Offer Pending with GPHS Defendants**

While the three GPHS Defendants participated in the same impromptu settlement conference, Plaintiff's offer is pending client approval. As such, the Court has noticed a continued remote status conference for **Monday, October 19, 2026 at 2 p.m.** at which Plaintiff and the GPHS Defendants shall appear. Additionally, while the Court will hold in abeyance the GPHS Defendants' motion for summary judgment (ECF No. 110), Plaintiff's motion to strike a related exhibit (ECF No. 117) is **DENIED** for the reasons stated on the record.

**IT IS SO ORDERED.**

Dated: October 16, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE